IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MORTON LEE COHEN                          :
Plaintiff
                                          :
    v.                                           Civil Action No. CCB-12-1341
MARK BURNETT PRODUCTIONS, INC. :
et al.
Defendants                                :
. . . . . . . .o0o. . . . . . .

## MEMORANDUM

Morton Lee Cohen, a self-represented plaintiff, is suing defendants for damages and injunctive relief. For reasons to follow, the complaint will be dismissed for lack of jurisdiction.

A complaint that is totally implausible or frivolous may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P. 12 (b)(1). *See Apple v. Glenn,* 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States,* 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988)(federal district judge has authority to dismiss a frivolous suit on own initiative).

The complaint and attachment contain incoherent and fantastic assertions which include: plaintiff allowed "Xuxa," a girl he wanted to marry but was named Susan, to pose nude to raise money; if Barbara Eden had told others that plaintiff created "I dream of Jeannie," plaintiff's entire life would have been different; and plaintiff was attracted to Barbra Streisand and "gave her a hickey on the top of her right breast." ECF No. 1, Complaint. Plaintiff also asserts that he is the creator of the television shows Sisters, Home Improvement, Happy Days, and Wheel of Fortune, ER, The Practice, The 6

Million Dollar Man and others.  ECF No. 1, Complaint and Attachment 2.

To the extent that the allegations asserted by Mr. Cohen are the product of fantasy or delusional thinking, the allegations cannot be addressed by this court.  Mr. Cohen has not provided any information that might lead to a reasonable conclusion that some plausible federally cognizable cause of action has accrued.  Accordingly, the complaint will be dismissed by separate order which follows.


<u>May 30, 2012</u>                                                     <u>/s/                                        </u>
Date                                                                         Catherine C. Blake
                                                                                  United States District Judge